**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANDREW ISRASENA, et al., individually                                                          PLAINTIFFS
and on behalf of all others similarly situated

v.                                          No. 4:15CV00038 JLH

CHALAK M&M AR1, LLC; CHALAK
M&M AR2, LLC; CHALAK M&M, LLC;
and DINO NITHIANANDAN                                                                          DEFENDANTS

**ORDER**

The parties have filed a joint motion asking the Court to approve a confidential settlement agreement and to dismiss this action with prejudice. The plaintiff has provided the Court with a copy of the confidential settlement agreement for *in camera* review. Based upon the Court's review of the confidential settlement agreement, the Court's knowledge of the history of this case, and the Court's experience with other cases under the Fair Labor Standards Act, the Court finds that the settlement is a fair and reasonable settlement reached in an arms' length negotiation during a full day of mediation in which the plaintiffs were represented by competent counsel and that the settlement follows a lengthy course of litigation in which the ultimate outcome was uncertain. The joint motion is GRANTED. Document #93. The Court approves the confidential settlement agreement. This action is dismissed with prejudice.

IT IS SO ORDERED this 24th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE